2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-10997-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

Steven Andrew Ferringer
PO Box 16
Fairview PA 16415

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/31/2022.

Name and Address of Alleged Transferor(s):

Claim No. 6: LOANDEPOT.COM, LLC, CENLAR FSB, ATTN: BK DEPARTMENT, 425 PHILLIPS BLVD, EWING NJ 08618

Name and Address of Transferee:

LoanDepot.com LLC
Attn: Bankruptcy
5465 Legacy Drive, Suite 200
Plano, Texas 75024

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/03/22

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10997-TPA |
| Steven Andrew Ferringer | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 01, 2022 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2022:**

**Recip ID          Recipient Name and Address**
14784189        + LOANDEPOT.COM, LLC, CENLAR FSB, ATTN: BK DEPARTMENT, 425 PHILLIPS BLVD, EWING NJ 08618-1430

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 03, 2022 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor LOANDEPOT.COM  LLC alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor Cenlar FSB as servicer for loanDepot.com bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Steven Andrew Ferringer dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jerome B. Blank | on behalf of Creditor LOANDEPOT.COM  LLC pawb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor LOANDEPOT.COM  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor LoanDepot.com  LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |

Case 17-10997-TPA    Doc 61    Filed 06/03/22    Entered 06/04/22 00:28:08    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 01, 2022 | Form ID: trc | Total Noticed: 1 |

Marisa Myers Cohen
    on behalf of Creditor LOANDEPOT.COM LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor LOANDEPOT.COM LLC pawb@fedphe.com


TOTAL: 10