**Date: 11/08/2022 10:00 am**

**In re:   Steven Andrew Ferringer**

**Bankruptcy No. 17-10997-CMB**
**Chapter: 13**
**Doc. #65**

**Appearances:  BY ZOOM:  Kate DeSimone**
                          **Daniel Foster**

**Nature of Proceeding: #65 Trustee's Motion To Dismiss Case**

**Additional Pleadings: #69 Response by Debtor**

Outcome:  Hearing Held.  Motion Denied as Moot, due to payment.

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
11/8/22 2:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                    Case No. 17-10997-CMB

Steven Andrew Ferringer                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 08, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Steven Andrew Ferringer, PO Box 16, Fairview, PA 16415-0016 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2022                                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor LoanDepot.com LLC alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor LOANDEPOT.COM LLC alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor Cenlar FSB as servicer for loanDepot.com bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Steven Andrew Ferringer dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jerome B. Blank | on behalf of Creditor LOANDEPOT.COM LLC pawb@fedphe.com |
| Mario J. Hanyon | |

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 08, 2022 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor LOANDEPOT.COM LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Marisa Myers Cohen
   on behalf of Creditor LoanDepot.com LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Marisa Myers Cohen
   on behalf of Creditor LOANDEPOT.COM LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

Thomas Song
   on behalf of Creditor LOANDEPOT.COM LLC pawb@fedphe.com


TOTAL: 11