Certificate Number: 03088-PAW-DE-036998059

Bankruptcy Case Number: 17-10997



03088-PAW-DE-036998059

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 23, 2022, at 6:33 o'clock PM CST, Steven Andrew Ferringer completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   November 23, 2022                    By:      /s/Doug Tonne

Name:   Doug Tonne

Title:   Counselor