**Fill in this information to identify the case:**

Debtor 1 ___Steven Andrew Ferringer___

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __WESTERN__ District of __Pennsylvania__
(State)

Case number __17-10997-CMB__

# Form 4100R
# Response to Notice of Final Cure Payment          10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** LOANDEPOT.COM LLC

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 8191 ____ ____ ____

**Property address:** 8070 Toski Drive
Number    Street

Girard, Pennsylvania  16417
City           State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 11 / 01 / 2022
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                  (a)  $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:         + (b)  $ _____

c. **Total**. Add lines a and b.                                              (c)  $ 0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/____/_____
MM / DD / YYYY

Form 4100R                    **Response to Notice of Final Cure Payment**                    page **1**

| Debtor 1 | Steven Andrew Ferringer | Case number (*if known*) | 17-10997-CMB |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ☐ all payments received;
- ☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Andrew M. Lubin
Signature

Date 12/02/22

| Print | Andrew M. Lubin | Title | Attorney for creditor |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

Company   McCabe, Weisberg & Conway,LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   1420 Walnut Street, Suite 1501
Number   Street

Philadelphia, PA 19102
City   State   ZIP Code

Contact phone ( 215 ) 790 – 1010     Email ecfmail@mwc-law.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Steven Andrew Ferringer<br>        Debtor<br><br>LOANDEPOT.COM LLC, or its Successor or Assignee<br>        Movant<br><br>vs.<br><br>Ronda J. Winnecour<br>Steven Andrew Ferringer<br>        Respondent | Chapter 13<br><br>Bankruptcy No. 17-10997-CMB<br><br>Related to Document Nos. |

## CERTIFICATION OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

I, Andrew M. Lubin, attorney for LOANDEPOT.COM LLC, hereby certify that I served a true and correct copy of the foregoing Response to Notice of Final Cure Payment, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: 12/02/2022

| | | |
|---|---|---|
| Steven Andrew Ferringer<br>PO Box 16<br>Fairview, Pennsylvania 16415 | Daniel P. Foster, Esquire<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335<br>Attorney for Debtor | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, Pennsylvania 15219<br>Trustee |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, Pennsylvania 15222 | | |

/s/ Andrew M. Lubin
MARGARET GAIRO, ESQUIRE ID # 34419
MARISA MYERS COHEN, ESQUIRE ID #87830
CHELSEA NIXON, ESQUIRE ID # 324130
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for LOANDEPOT.COM LLC
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010

Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com