**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

STEVEN ANDREW FERRINGER

        Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:17-10997

Chapter 13

Related to:  Document No. 80

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this ___10th___ day of ___February___, 20 _23_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2).  The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3).  To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4).  Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5).  Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
2/10/23 9:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
glb

Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 17-10997-CMB

Steven Andrew Ferringer                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                          User: auto                                  Page 1 of 3

Date Rcvd: Feb 10, 2023                       Form ID: pdf900                             Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven Andrew Ferringer, PO Box 16, Fairview, PA 16415-0016 |
| 14697351 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 14697352 | #+ | Federal Loan Servicing, Attention: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14784189 | + | LOANDEPOT.COM, LLC, CENLAR FSB, ATTN: BK DEPARTMENT, 425 PHILLIPS BLVD, EWING NJ 08618-1430 |
| 15486318 | + | LoanDepot.com LLC, Attn: Bankruptcy, 5465 Legacy Drive, Suite 200, Plano, Texas 75024-3190 |
| 14743324 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15314129 | + | loanDepot.com, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 11 2023 00:14:54 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 11 2023 00:15:00 | Capital One Auto Finance, a division of Capital O, P.O. Box 165028, Irving, TX 75016-5028 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 11 2023 00:15:00 | Capital One Auto Finance, a division of Capital On, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016, UNITED STATES 75016-5028 |
| 14697347 | + | Email/Text: bncnotifications@pheaa.org | Feb 11 2023 00:07:00 | Aes / PNC National City, Attn: Bankrupcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14697346 | + | Email/Text: bncnotifications@pheaa.org | Feb 11 2023 00:07:00 | Aes / Pheaa Frn, Attn: Bankrupcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14697348 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 11 2023 00:07:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14707395 | | Email/Text: ally@ebn.phinsolutions.com | Feb 11 2023 00:07:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14697349 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 11 2023 00:15:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14697350 | + | Email/Text: EBN@thecmigroup.com | Feb 11 2023 00:07:00 | Credit Management, LP, The Offices of Credit Management, LP, Po Box 118288, Carrolton, TX 75011-8288 |
| 14697354 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 11 2023 00:07:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14697356 | + | Email/Text: bknotification@loandepot.com | Feb 11 2023 00:08:00 | Loandepo.co, 26642 Towne Centre Drive, Foothill Ranch, CA 92610-2808 |
| 14751150 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

District/off: 0315-1 | User: auto | Page 2 of 3
Date Rcvd: Feb 10, 2023 | Form ID: pdf900 | Total Noticed: 23

| | | | |
|---|---|---|---|
| | | Feb 11 2023 00:14:55 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14697357 | + Email/Text: bankruptcypgl@plaingreenloans.com | | |
| | | Feb 11 2023 00:07:00 | Plain Green Loans, 93 Mack Road, Suite 600, PO Box 270, Box Elder, MT 59521-0270 |
| 15567420 | + Email/Text: EBN@edfinancial.com | | |
| | | Feb 11 2023 00:07:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14697358 | + Email/Text: Great_Lakes_EBN_Docs@nelnet.net | | |
| | | Feb 11 2023 00:07:00 | Us Department Of Education, Great Lakes Higher Education, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3192 |
| 14745920 | Email/PDF: ebn_ais@aisinfo.com | | |
| | | Feb 11 2023 00:14:55 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cenlar FSB as servicer for loanDepot.com |
| cr | | LOANDEPOT.COM, LLC |
| cr | | LOANDEPOT.COM, LLC |
| cr | | LoanDepot.com, LLC |
| 14697355 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14697353 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2023            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | |
| | on behalf of Creditor LOANDEPOT.COM  LLC ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| Andrew M. Lubin | |
| | on behalf of Creditor LoanDepot.com  LLC ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| Brian Nicholas | |
| | on behalf of Creditor Cenlar FSB as servicer for loanDepot.com bnicholas@kmllawgroup.com |
| Daniel P. Foster | |
| | on behalf of Debtor Steven Andrew Ferringer dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jerome B. Blank | |
| | on behalf of Creditor LOANDEPOT.COM  LLC jblank@pincuslaw.com |

Mario J. Hanyon
on behalf of Creditor LOANDEPOT.COM  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Marisa Myers Cohen
on behalf of Creditor LoanDepot.com  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Marisa Myers Cohen
on behalf of Creditor LOANDEPOT.COM  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Thomas Song
on behalf of Creditor LOANDEPOT.COM  LLC pawb@fedphe.com


TOTAL: 11